JOSEPHINE PATERNOSTER v. NEW JERSEY DEPARTMENT OF
TRANSPORTATION AND COUNTY OF OCEAN AND
TOWNSHIP OF DOVER.

December 12, 1983.

Petitions for certification denied. (See 190 *N.J.Super.* 11)

MARVIN F. MATLACK v. EDWARD A. KELLY, JR.

December 20, 1983.

It is ORDERED that the within appeal is dismissed as moot.
(See 95 *N.J.* 186 (1983))

STATE OF NEW JERSEY v. JAMES HAROLD JOHNSON.

January 17, 1984.

Petition for certification denied.

ANNA ZANETICH v. PARK VIEW VILLAGE AND/OR
SUTTON OF COLLINGSWOOD.

January 17, 1984.

Petition for certification denied.